UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA, | No. EDCV 11-1869 GAF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| BRENDAN CASH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 13, 2013

GARY A. FEESS
United States District Judge